In the Matter of CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent, against VIRGINIA MOMAND et al., Appellants.

THOMAS I. SHERIDAN, as Special Guardian for Virginia Momand et al., Infants.

Argued April 14, 1942; decided April 30, 1942.

*Thomas I. Sheridan,* special guardian, for appellants.

*Elbridge Stratton, Albert W. Putnam* and *Walter W. Land* for respondent.

Order affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.